# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **EDWIN F. ZAMORA, ET AL.,** § § § **Plaintiffs,** § § **v.** § § **GREENCLEANING ENTERPRISES, INC.** § **d/b/a SERVICEMASTER CLEAN and** § **EAGLE MAINTENANCE COMPANY, INC.** § **d/b/a SERVICEMASTER CLEAN,** § § **Defendants.** § | Civil Action No.: 4:17-cv-390-KPJ |

## ORDER OF DISMISSAL

Pending before the Court is Plaintiffs' Unopposed Motion to Dismiss with Prejudice (the "Motion") (Dkt. 55). In the Motion, Plaintiffs request that the Court dismiss all of Plaintiffs' claims against all Defendants with prejudice, with each party bearing its own costs. *See* Dkt. 55. Plaintiffs represent that Defendants are unopposed to the relief requested. *See id.* Upon consideration, the Court finds the Motion (Dkt. 55) is **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that all claims Plaintiff asserted, or could have asserted, against Defendants in this lawsuit are hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that all costs, expenses, and attorneys' fees are taxed against the party incurring the same.

All relief not previously granted is hereby **DENIED**, and the Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

**SIGNED this 24th day of August, 2018.**

                                        KIMBERLY C. PRIEST JOHNSON
                                      UNITED STATES MAGISTRATE JUDGE